**SHER TREMONTE LLP**

December 23, 2022

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jona Rechnitz*
                *Case No. 20-1011-cr*

Dear Ms. O'Hagan Wolfe:

      We represent Jona Rechnitz, Defendant-Appellant in the above-referenced matter. We write pursuant to Federal Rule of Appellate Procedure 28(j) to apprise the Court of a factual development that we believe is pertinent to the Court's consideration of Issue I in Mr. Rechnitz's principal brief. In that issue, Mr. Rechnitz appeals the denial of his motion to recuse the district court pursuant to 28 U.S.C. § 455. Mr. Rechnitz contends that recusal was warranted because the district court's impartiality might reasonably be questioned given his close personal relationship with an individual with a potential financial interest in the outcome of the matter, the district court's failure to disclose that relationship to Mr. Rechnitz, and its punitive treatment of Mr. Rechnitz in response to the recusal motion once Mr. Rechnitz learned of the relationship. *See* Opening Br. 29-30, 34-37; Reply Br. 14-16.

      On December 1, 2022, the undersigned received a letter, attached hereto as Exhibit A, from Daniel M. Gitner, Chief of the Criminal Division of the United States Attorney's Office for the Southern District of New York, concerning an *ex parte* communication from the district court to the assigned Assistant United States Attorney in this matter. The contents of the letter underscore the bases for Mr. Rechnitz's motion for recusal under 28 U.S.C. § 455(a) and raise new concerns about whether the district court should have recused itself pursuant to § 455(b)(1) in light of "personal bias or prejudice concerning a party." Since receiving the December 1, 2022 letter, we have reached out to the government to inquire whether the events described in the letter have changed its position that the district court did not abuse its discretion or plainly err in denying Mr. Rechnitz's motion to recuse. At this time, the government has advised that it is unable to provide an answer to that question.

Catherine O'Hagan Wolfe
December 23, 2022
Page 2

      Accordingly, we respectfully request that the Court consider the attached letter in its evaluation of Issue I on appeal.

                                                                               Respectfully submitted,

                                                                             /s/Noam Biale
                                                                             Noam Biale
                                                                             Michael Tremonte
                                                                             Maya Brodziak

                                                                             *Attorneys for Jona Rechnitz*

cc:      Opposing Counsel (via ECF)

# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2022

**By Email**

Noam Biale
Sher Tremonte LLP
NBiale@shertremonte.com

    Re:    ***United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)**

Dear Counsel:

    I write to inform you that I have been advised that AUSA Lara Pomerantz received a call from the Honorable Alvin K. Hellerstein on November 15, 2022 during which the following occurred, in sum and substance:

- Judge Hellerstein asked how much Mr. Rechnitz has paid in restitution. He commented that he does not like all of Mr. Rechnitz's travel requests, and said that such requests are reasonable individually, but too frequent.

- Judge Hellerstein also stated that Mr. Rechnitz is sly, cannot be trusted, and uses religion as a cloak.

- In response to Judge Hellerstein's request for information about Mr. Rechnitz's restitution, AUSA Pomerantz offered to ask Mr. Rechnitz's counsel to make a submission to the Court addressing the issue. Judge Hellerstein asked AUSA Pomerantz not to speak to his counsel about this and instead advised her to find the information from the Clerk of Court.

- Judge Hellerstein expressed frustration with the amount of time Mr. Rechnitz's appeal has been pending.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Daniel M. Gitner
    Chief, Criminal Division
    (212) 637-2232

cc:  The Honorable Alvin K. Hellerstein